DOUBLE EAGLE LUBRICANTS, INC. *v.* TEXAS.

No. 1177. Decided June 6, 1966.

*John B. Ogden* for appellant.

*Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *Howard M. Fender, Lonny F. Zwiener* and *Robert W. Norris,* Assistant Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. *Swift & Co., Inc.* v. *Wickham,* 382 U. S. 111, and *Pennsylvania Public Utility Comm'n* v. *Pennsylvania R. Co.,* 382 U. S. 281.

LAMBRIGHT *v.* CALIFORNIA.

No. 1408, Misc. Decided June 6, 1966.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.